# UNITED STATES DISTRICT COURT

### District of Minnesota

| | |
|---|---|
| Viewpoint Neutrality Now!, Evan Smith, Isaac Smith, | **AMENDED JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 20-cv-1055 PJS/JFD |
| Kendall J. Powell, Steven A. Sviggum, Mary A. Davenport, Kao Ly Ilean Her, Mike O. Kenyanya, Janie S. Mayeron, David J. McMillan, Darrin M. Rosha, Joan T.A. Gabel, James T. Farnsworth, Douglas A. Huebsch, Ruth E. Johnson, Kodi J. Verhalen, Calvin D. Phillips, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiffs' motion for summary judgment [ECF No. 47] is DENIED.

2. Defendants' motion for summary judgment [ECF No. 54] is GRANTED.

3. Plaintiffs' complaint [ECF No. 1] is DISMISSED WITH PREJUDICE AND ON THE MERITS.

Date: 2/1/2023                                                                KATE M. FOGARTY, CLERK